THEODORUS BRON, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HARRY WEINTRAUB, *ET AL.*, DEFENDANTS-APPELLANTS.

---

HUDSON TRADING CORPORATION, *ET AL.*, PLAINTIFFS-APPELLANTS, v. EMILE W. SAULNIER, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued May 17, 1965—Decided June 1, 1965.

*Mr. William S. Grimaldi* argued the cause for appellants.

*Mr. Robert N. Wilentz* argued the cause for respondents (*Messrs. Wilentz, Goldman & Spitzer,* of counsel; *Messrs. Boyd, Dodd, Keer & Booth,* attorneys).

The opinion of the court was delivered

PER CURIAM. This is an appeal from an amended final judgment entered by the trial court following our decision in *Bron v. Weintraub,* 42 *N. J.* 87 (1964). We certified the appeal before the Appellate Division acted upon it.

The judgment under review complies with our mandate entered upon the prior appeal. It is accordingly affirmed.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, HALL, SCHETTINO and HANEMAN—6.

*For reversal*—None.